UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60020-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO KUSTURA, et al,

    Defendant.
_____/

**UNOPPOSED MOTION TO REINSTATE BOND WITH
SPECIAL CONDITIONS**

The defendant, Mario Kustura, through counsel, respectfully moves for reinstatement of the bond previously posted; with all the standard conditions of bond, modification of the co-signor and with special conditions, including house arrest with electronic monitoring and substance abuse counseling, and in support states the following:

1. On September 29, 2020, Mr. Kustura made his initial appearance on a complaint and was released on a $250,000 personal surety bond with a co-signor.

2. On October 13, 2020, the government filed its first response to the standing discovery order and, in December 2020, began producing discovery, including approximately 359,567 pages of financial records, call logs, ride-share logs, payroll data, police reports, flight and travel records, insurance and licensing

records, and social media, among other records. The government expects to make more voluminous productions and discovery in ongoing.

3. On January 15, 2021, Mr. Kustura made his initial appearance on bond revocation proceedings. His bond was revoked and was the Court indicated that bond could be readdressed at a later date, (DE 109). He has been in custody ever since.

4. On January 19, 2021, Mr. Kustura was indicted with conspiracy to violate the Elimination of Kickbacks in Recovery Act ("EKRA") in violation of 18 U.S.C. §371, and substantive EKRA charges in violation of 18 U.S.C. §220. He is one of eight defendants charged in the indictment and is the only defendant in custody.

5. Trial is currently set for March 15, 2021, with a status and calendar call scheduled on March 12, 2021; however, in light of the fact that trials have been continued until May 3, 2021 because of the pandemic by Administrative Order 2021-12, trial in this matter will likely be continued well beyond May 2021, and likely will not be tried until the summer or early fall. This delay would result in undue prejudice to Mr. Kustura if he were to remain in custody pending trial.

6. Mr. Kustura is requesting that the Court reinstate his previous bond with the following modifications and special conditions.

    a. $250,000 personal surety bond, co-signed by a member of his family

    b. house arrest with electronic monitoring with allowances for medical, substance abuse treatment, and legal visits

    c. to live and remain in his parents' home in Willowick, OH in the Northern District of Ohio;

    d. a requirement that the defendant attend regular substance abuse treatment;

    e. all other standard conditions of bond and any other conditions the Court deems necessary.

7. Undersigned counsel has discussed this request with Trial Attorney, Jamie de Boer, and Senior Litigation Counsel James Hayes, and they do not oppose Mr. Kustura's release under these conditions.

8. Accordingly, Mr. Kustura respectfully asks the Court to reinstate his bond, with the above listed conditions added.

                                                  Respectfully submitted,

                                                  MICHAEL CARUSO
                                                  FEDERAL PUBLIC DEFENDER

                                                  By: <u>s/ Huda Ajlani-Macri</u>
                                                  Huda Ajlani-Macri
                                                  Assistant Federal Public Defender
                                                  Florida Bar No. 27831
                                                  1 E. Broward Boulevard, Suite 1100
                                                  Fort Lauderdale, Florida 33301
                                                  Tel: (954) 356-7436
                                                  E-mail: <u>Huda_Ajlani-Macri@fd.org</u>

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       By: *s/Huda Ajlani-Macri*
                                               Huda Ajlani-Macri