**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-CR-60020-DIMITROULEAS/SNOW**

**UNITED STATES OF AMERICA**

**vs.**

**MARIO KUSTURA,**

**Defendant.**
_____/

## UNITED STATES' MOTION TO DISMISS

The United States of America respectfully moves the Court to dismiss the Indictment filed in this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure as to defendant Mario Kustura only.  Mr. Kustura passed away on February 27, 2022.

Dated: March 8, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JOSEPH S. BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

By:    _/s/ Jamie de Boer_____
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
JAMIE DE BOER (FL Bar # A5502601)
Trial Attorney
ANDREA SAVDIE (FL Bar # A5502799)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  (202) 304-6801 (de Boer)
James.Hayes@usdoj.gov
Jamie.DeBoer@usdoj.gov
Andrea.Savdie@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ James V. Hayes*